THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALERIE DRAYTON, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered December 6, 2004. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the fourth degree, criminal possession of stolen property in the fourth degree and petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.